IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JIHAAD HARRISON** | : | **CIVIL ACTION** |
| | : | |
| v. | : | **NO. 25-3500** |
| | : | |
| **MS. WOODARD and MS. STICKNEY** | : | |

## ORDER

**AND NOW**, this 9th day of January 2026, upon studying Defendants' Motion to dismiss (ECF 14), Plaintiff's pro se Opposition (ECF 22), and for reasons more fully detailed in today's accompanying Memorandum, it is **ORDERED** Defendants' Motion (ECF 14) is **GRANTED** without prejudice to the incarcerated Plaintiff filing an amended Complaint consistent with the accompanying Memorandum including pleading facts in good faith detailing how they exhausted their four grievances by no later than **February 9, 2026** or we will close this action.

_____
**KEARNEY, J.**